**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-01434-REB-CBS

WILLIAM R. CADORNA, and
SANDRA L. CADORNA,

    Plaintiffs,

v.

SAFEWAY, INC., a Delaware Corporation,

    Defendant.

**ORDER DENYING PLAINTIFFS' MOTION FOR CONTINUANCE
OF TRIAL, EXTENSION OF DISCOVERY DEADLINES, AND
CORRESPONDING MODIFICATION OF SCHEDULING ORDER AND
PLAINTIFFS' MOTION FOR CONSOLIDATION FOR TRIAL**

**Blackburn, J.**

The matters before me are (1) Plaintiffs' Motion for Continuance of Trial, Extension of Discovery Deadlines, and Corresponding Modification of Scheduling Order [#28], filed August 19, 2005; and (2) Plaintiffs' Motion for Consolidation for Trial [#30], filed September 16, 2005.  Plaintiff asks that this case be consolidated with Civil Case No. 04-cv-01067-REB-CBS, *Cadorna v. City and County of Denver, Colorado, et al.*, and that the trial date be continued until at least September, 2006.[1]  Plaintiff maintains that unless the trial date is extended and the cases consolidated, he will be unable to finance this litigation.  However, I remain convinced that these two cases are

---

[1] Plaintiffs also seek the extension of various pretrial discovery deadlines.  The magistrate judge has already informed the parties that no such extensions will be granted unless the trial date is likewise extended.  (*See* Minute Order [#29], filed September 2, 2005.)

not proper for a consolidated trial.  (*See* Order on Safeway's Motion to Consolidate [#15], filed October 5, 2004.)  Moreover, if continued, the first available time on my docket for trial of either case is not until July, 2007.  Extended delay of this nature does not promote economy or efficiency for anyone involved in the litigation and is the antithesis of that required under Fed. R. Civ. P. 1.

**THEREFORE, IT IS ORDERED** as follows:

(1) That Plaintiffs' Motion for Continuance of Trial, Extension of Discovery Deadlines, and Corresponding Modification of Scheduling Order [#28], filed August 19, 2005, is **DENIED**; and

(2) That Plaintiffs' Motion for Consolidation for Trial [#30], filed September 16, 2005, is **DENIED**.

Dated September 19, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge