**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01434-REB-CBS

WILLIAM R. CADORNA, and
SANDRA L. CADORNA,

    Plaintiffs,

v.

SAFEWAY, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On January 10, 2006, the parties filed a **Stipulated Motion for Order of Dismissal With Prejudice** [#37]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Order of Dismissal With Prejudice** [#37], filed on January 10, 2006, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 26, 2006, is **VACATED**; and

4.  That the jury trial set to commence May 29, 2006, is **VACATED**.

Dated January 10, 2006, at Denver, Colorado.

                BY THE COURT:

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge